THIS OPINION
 HAS NO PRECEDENTAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN
 ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Michael Adam
 Turner, Appellant.
 
 
 

Appeal From Colleton County
 John C. Hayes, III, Circuit Court Judge

Unpublished Opinion No. 2011-UP-119
 Submitted March 1, 2011  Filed March 23,
2011    

AFFIRMED

 
 
 
 Deputy Chief Appellate Defender Wanda H. Carter, of Columbia, for
 Appellant.
 Attorney General Alan Wilson, Chief Deputy Attorney General John
 W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, Assistant
 Attorney General Mark R. Farthing, of Columbia, and Solicitor I. McDuffie
 Stone, III, of Beaufort, for Respondent.
 
 
 

PER CURIAM:  Michael
 Adam Turner appeals his conviction for second degree burglary, arguing the
 trial court erred in denying his motion for a directed verdict because the
 State failed to present sufficient evidence of his guilt.  We affirm[1] pursuant to Rule 220(b)(1), SCACR,
 and the following authorities:  Rule 19(a), SCRCrimP (requiring a trial court
 to consider only the existence or nonexistence of evidence when considering a
 motion for a directed verdict); McMillian v. State, 383 S.C. 480, 487-88,
 680 S.E.2d 905, 908-09 (2009) (explaining that proof of intent necessarily rests
 on the inferences that can be made from a person's conduct); State v. Brooks,
 277 S.C. 111, 113, 283 S.E.2d 830, 831 (1981) (finding that intent to commit a
 misdemeanor will satisfy the requisite mens rea for the crime of burglary).  
AFFIRMED.
HUFF, SHORT, and PIEPER, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.